IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0056-JAM |
|---|---|
| Plaintiff, | **RELATED CASE ORDER** |
| v. | |
| RUBEN RUIZ, JR., | |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0078-KJM |
| Plaintiff, | **RELATED CASE ORDER** |
| v. | |
| RUBEN RUIZ, JR., | |
| Defendant. | |

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the criminal case captioned *United States v. Ruben Ruiz, Jr.*, 2:18-cr-0056-JAM, is related to the case captioned *United States v. Ruben Ruiz, Jr.*, 2:18-cr-0078-KJM, within the meaning of Local Rule 123(a), and that assignment of these two matters to a single District Judge is likely to effect a savings of judicial effort.

Based on this finding, and pursuant to Local Rule 123(c), IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall reassign the case of *United States v. Ruben Ruiz, Jr.*, 2:18-cr-

1

1      0078-KJM, to the Hon. John A. Mendez, and that case shall be designated, "Case No. 2:18-cr-0078-JAM"; and

2.      The Clerk of the Court shall make appropriate adjustment of cases to compensate for this reassignment.

**IT IS SO ORDERED.**

Dated: May 25, 2018                              /s/ John A. Mendez
                                                       Hon. John A. Mendez
                                                       United States District Court Judge