IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-078 JAM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | Date: October 2, 2018 |
| | ) | Time: 9:15 a.m. |
| RUBEN RUIZ, JR., | ) | Judge: Hon. John A. Mendez |
| Defendant. | ) | |

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that the draft presentence report due on December 18, 2018, any informal objections due on January 2, 2019, the final Pre-Sentence Report disclosed on January 8, 2019, any formal objections due on January 15, 2019, any replies due on January 22, 2019, and the sentencing hearing reset for January 29, 2019 at 9:15 a.m. before Honorable John A. Mendez

IT IS SO ORDERED.

Dated: October 1, 2018          /s/ John A. Mendez
                                               HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE